# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA C.R. 3(b) FINAL ORDER

October 21, 2026

| | |
|---|---|
| No. 26-2750 | VICTOR L. ROBINSON,<br>Plaintiff - Appellant<br><br>v.<br><br>A. SANDHAL, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:26-cv-00311-NJ<br>Eastern District of Wisconsin<br>Magistrate Judge Nancy Joseph | |

The pro se appellant has neither paid the $605.00 appellate fees nor filed a motion for leave to proceed on appeal in forma pauperis in the District Court, as prescribed in *Fed. R. App. P. 24(a)*. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $605.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. *Newlin v. Helman, 123 F.3d 429, 433* (7th Cir. 1997).