**United States District Court**

**Eastern District of Wisconsin**

**Notice of Electronic Filing**

The following transaction was entered on 10/27/2026 at 8:40 AM CDT and filed on 10/27/2026

**Case Name:** Robinson v. Sandahl et al

**Case Number:** 2:26-cv-00311-NJ

**Filer:**

**WARNING: CASE CLOSED on 08/06/2026**

**Document Number:** 22(No document attached)

**Docket Text:**
**USCA Appeal Fees received $ 605 receipt number 103354 re [16] Notice of Appeal Prisoner filed by Victor Robinson (sap)**

**2:26-cv-00311-NJ Notice has been electronically mailed to:**

Wisconsin Dept of Justice - 1983 Actions DLSFedOrdersEastCL@doj.state.wi.us

**2:26-cv-00311-NJ Notice has been delivered by other means to:**

Victor Robinson
213846
Fox Lake Correctional Institution
*Updated in 26cv311 on 02/26/2026
W10237 Lake Emily Rd
PO Box 200
Fox Lake, WI 53933-0200