# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 27, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2750 | VICTOR L. ROBINSON,<br>Plaintiff - Appellant<br>v.<br><br>A. SANDHAL, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:26-cv-00311-NJ<br>Eastern District of Wisconsin<br>Magistrate Judge Nancy Joseph | |

On October 27, 2026, this court received confirmation that the appellant paid the $605.00 appellate filing fees in the district court. Accordingly,

**IT IS ORDERED** that the court's final order dated October 21, 2026, is **VACATED**, the mandate is **RECALLED**, and this appeal is **REINSTATED**.

**IT IS FURTHER ORDERED** that the appellant shall file his Circuit Rule 3(c) docketing statement by November 10, 2026. Failure to do so may result in the dismissal of this appeal.

**IT IS FINALLY ORDERED** that briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by November 30, 2026.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).