IN THE UNITED STATES COURT OF
APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Victor Robinson<br><br>Plaintiff-Appellant,<br><br>v.<br><br>A. Sandhal, et al.<br><br>Defendants-Appellees. | No. 26-2750 |

## DOCKETING STATEMENT

The district court had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. § 1331. The relevant federal statute is 42 U.S.C. § 1983.

This appeal is taken from the final decision of the Eastern District of Wisconsin entered on August 6, 2026 by Magistrate Judge Nancy Joseph. The United States Court of Appeals for the Seventh Circuit has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291. The Notice of Appeal was delivered by a *pro se* incarcerated plaintiff on August 19, 2026 and received by the district court on August 14, 2026.

Date: November 19, 2026 Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1 #33821
Washington, DC 20033